FILED

07/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0603

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. 21-0603

::::::::::::::::::::::::::::::::::::::::::::::::::::::

NORVAL ELECTRIC
COOPERATIVE, INC.,

      Appellant/Cross-Appellee,

-vs-

SHALAINE LAWSON

      Appellee/Cross Appellant.

::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING
UNOPPOSED MOTION FOR
EXTENSION OF TIME**

Appellant/Cross Appellee, NorVal Electric Cooperative, Inc., having moved in accordance with Rule 26(1), M.R.App.P., for an extension of time of twenty-six (26) days, up to and including August 1, 2022, within which to file and serve Appellant's combined reply and answer brief, and the motion being unopposed,

IT IS HEREBY ORDERED that the motion is granted; Appellant's combined reply and answer brief in this matter is now due on August 1, 2022.

Dated this __ day of July, 2022.

_____
Bowen Greenwood
Clerk of the Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 5 2022